No. 83–5662.  PHILLIPS v. KENTUCKY, 465 U. S. 1072;

No. 83–5679.  HORNICK v. NOYES ET AL., 465 U. S. 1031;

No. 83–5772.  MCQUEEN v. RAMSEY, WARDEN, 465 U. S. 1067;

No. 83–5883.  KEENAN v. ELO ET AL., 465 U. S. 1032;

No. 83–5910.  CAYLOR v. MISSISSIPPI, 465 U. S. 1032;

No. 83–6033.  TUGMAN ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, 465 U. S. 1036; and

No. 83–6088.  CHRISTENSEN v. COMMISSIONER OF INTERNAL REVENUE, 465 U. S. 1037.  Petitions for rehearing denied.

No. 83–6122.  KHABIRI v. WALLACE ET AL., 465 U. S. 1082; and

No. 83–6220.  DARNELL v. UNITED STATES, 465 U. S. 1083. Petitions for rehearing denied.  JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

APRIL 23, 1984

No. 83–1193.  FORD ET AL. v. DEPARTMENT OF REVENUE OF FLORIDA ET AL.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1434.  WILLIAMS ET AL. v. WYCHE.  Appeal from Dist. Ct. App. Fla., 3d Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1454.  CONDICT ET AL. v. COUNTY OF SAN LUIS OBISPO.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1456.  DUGGINS ET UX. v. TOWN OF WALNUT COVE. Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 83–1465.  FARMER v. BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE.  Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.